[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 11, 2005
THOMAS K. KAHN
CLERK

No. 04-12815
Non-Argument Calendar

_____

D. C. Docket No. 03-00004-CR-F-N

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALVIN LEE MCCARY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

**(October 11, 2005)**

Before DUBINA, HULL and WILSON, Circuit Judges

PER CURIAM:

Maryanne M. Prince, appointed appellate counsel for Alvin Lee McCary,

has filed a motion to withdraw on appeal because, in her opinion, there are no issues of arguable merit on which to base the appeal. Counsel's motion is supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and McCary's conviction and sentence are **AFFIRMED.**